Page No:   1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No.:** 20-70860 | **Trustee Name:** Jason L. Pettie |
| **Case Name:** ROBINSON INTERESTS, INC. | **Date Filed (f) or Converted (c):** 10/19/2020 (f) |
| **For the Period Ending:** 09/30/2022 | **§341(a) Meeting Date:** 11/17/2020 |
| | **Claims Bar Date:** 03/30/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Other inventory or supplies | $1,022,017.02 | $500,000.00 | | $210,473.00 | FA |
| 2 | Credit Union of Georgia checking | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Credit Union of Georgia savings | $0.00 | $0.00 | | $0.00 | FA |
| 4 | SunTrust checking | $500.00 | $0.00 | | $0.00 | FA |
| 5 | 2005 Ford Econoline Van | $3,500.00 | $3,500.00 | | $4,800.00 | FA |
| 6 | Georgia Power Deposit for services | $3,425.00 | $0.00 | | $0.00 | FA |
| 7 | Walton Gas deposit for services | $400.00 | $0.00 | | $0.00 | FA |
| 8 | Office furnishings | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 9 | phone equipment (6 units) / computers (5) | $1,100.00 | $1,100.00 | | $0.00 | FA |
| 10 | 2007 Freightliner M2 | $9,000.00 | $9,000.00 | | $10,050.00 | FA |
| 11 | 2001 Freightline Truck | $10,000.00 | $10,000.00 | | $5,700.00 | FA |
| 12 | Machinery & equipment | $112,950.00 | $112,950.00 | | $0.00 | FA |
| 13 | Warehouse Lease | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Doman name: werentatlanta.com | Unknown | $1,000.00 | | $5,000.00 | FA |
| 15 | reputation/goodwill:  We Rent Atlanta | Unknown | $1,000.00 | | $5,000.00 | FA |
| 16 | potential NOL refund | Unknown | $0.00 | | $0.00 | FA |
| 17 | Telephone number of We Rent Atlanta | $7,500.00 | $7,500.00 | | $5,251.00 | FA |
| 18 | potential avoidable transfers                              (u) | $10,000.00 | $10,000.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                     **Gross Value of Remaining Assets**

| | | | |
|---|---|---|---|
| $1,182,392.02 | $658,050.00 | $246,274.00 | $0.00 |

---

**Major Activities affecting case closing:**

09/15/2022     After selling estate's personal property, trustee employed an accountant to review debtor's books and records and to file needed tax returns.  Upon reviewing records with the accountant, trustee determined that there were no viable avoidance claims.  Trustee has determined that there is one objectionable claim, and trustee will file a motion to disallow the claim. Accountant has prepared tax returns and once returns are finalized, trustee will submit TFR.

09/01/2021     Trustee employed auctioneer to sell debtor's personal property; Trustee has resolved issues with certain buyers since sale of property (e.g. intellectual property).  Trustee will work with accountant to file estate tax returns then submit distribution

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| **Case No.:** | 20-70860 |
| **Case Name:** | ROBINSON INTERESTS, INC. |
| **For the Period Ending:** | 09/30/2022 |

| | |
|---|---|
| **Trustee Name:** | Jason L. Pettie |
| **Date Filed (f) or Converted (c):** | 10/19/2020 (f) |
| **§341(a) Meeting Date:** | 11/17/2020 |
| **Claims Bar Date:** | 03/30/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   12/31/2021     **Current Projected Date Of Final Report (TFR):**   12/31/2022

/s/ JASON L. PETTIE

JASON L. PETTIE

FORM 2                                                                                                                    Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-70860 | |
| **Case Name:** | ROBINSON INTERESTS, INC. | |
| **Primary Taxpayer ID #:** | **-***9619 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2021 | |
| **For Period Ending:** | 09/30/2022 | |

| | | |
|---|---|---|
| **Trustee Name:** | Jason L. Pettie | |
| **Bank Name:** | Independent Bank | |
| **Checking Acct #:** | ******0860 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $40,160,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/29/2020 | | Bullseye Auction & Appraisal LLC | proceeds from online auction approved by Court order entered 12/8/20 (DN 26) | * | $270,901.40 | | $270,901.40 |
| | {5} | | Ford Econoline Van $4,800.00 | 1129-000 | | | $270,901.40 |
| | {10} | | 2007 Freightliner $10,050.00 | 1129-000 | | | $270,901.40 |
| | {11} | | 2001 Freightliner $5,700.00 | 1129-000 | | | $270,901.40 |
| | {17} | | sale of IP (phone, website & name - $15,251) $5,251.00 | 1129-000 | | | $270,901.40 |
| | {14} | | sale of IP (phone, website & name - $15,251) $5,000.00 | 1129-000 | | | $270,901.40 |
| | {15} | | sale of IP (phone, website & name - $15,251) $5,000.00 | 1129-000 | | | $270,901.40 |
| | | | buyer's premium from auction $24,627.40 | 1180-000 | | | $270,901.40 |
| | {1} | | remaining personal property $210,473.00 | 1129-000 | | | $270,901.40 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $26.33 | $270,875.07 |
| 01/05/2021 | 3001 | 2095 General Truman LLC | payment for post-petition rent authorized by Order entered 12/8/20 (DN 26) | 2410-000 | | $37,338.62 | $233,536.45 |
| 01/13/2021 | 3002 | Celtic Bank Corporation | payoff of claim authorized by order entered 12/08/20 (DN 26) | 4110-000 | | $61,919.62 | $171,616.83 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $363.90 | $171,252.93 |
| 02/17/2021 | 3003 | International Sureties, Ltd | Bond Payment | 2300-000 | | $123.62 | $171,129.31 |
| 02/18/2021 | 3004 | Bullseye Auction & Appraisal, LLC | compensation payment authorized by Sale Order entered 12/08/20 (DN 26) | * | | $49,254.80 | $121,874.51 |
| | | | auctioneer commission ($24,627.40) | 3610-000 | | | $121,874.51 |
| | | | Buyer's premium ($24,627.40) | 8500-002 | | | $121,874.51 |
| 02/18/2021 | 3005 | Bullseye Auction & Appraisal, LLC | expense payment authorized by Sale Order entered 12/08/20 (DN 26) | 3620-000 | | $2,500.00 | $119,374.51 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $330.95 | $119,043.56 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $194.67 | $118,848.89 |

**SUBTOTALS**        $270,901.40        $152,052.51

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 20-70860 | | | Trustee Name: | Jason L. Pettie |
|---|---|---|---|---|---|
| Case Name: | ROBINSON INTERESTS, INC. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9619 | | | Checking Acct #: | ******0860 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/01/2021 | | | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 09/30/2022 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $173.31 | $118,675.58 |
| 05/14/2021 | 3006 | First Home Bank | payment authorized by settlement order entered 4/13/21 (DN37) | 4210-000 | | $97,387.40 | $21,288.18 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $121.93 | $21,166.25 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $30.86 | $21,135.39 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $30.82 | $21,104.57 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $30.77 | $21,073.80 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $30.73 | $21,043.07 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $30.68 | $21,012.39 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $30.64 | $20,981.75 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $30.59 | $20,951.16 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $30.55 | $20,920.61 |
| 02/28/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $30.50 | $20,890.11 |
| 03/10/2022 | 3007 | International Sureties, Ltd | Bond Payment | 2300-000 | | $12.34 | $20,877.77 |
| 03/24/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $20,877.77 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $0.00 | $118,848.89 | |

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-70860 | |
| **Case Name:** | ROBINSON INTERESTS, INC. | |
| **Primary Taxpayer ID #:** | **-***9619 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2021 | |
| **For Period Ending:** | 09/30/2022 | |

| | | |
|---|---|---|
| **Trustee Name:** | Jason L. Pettie | |
| **Bank Name:** | Independent Bank | |
| **Checking Acct #:** | ******0860 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $40,160,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | | $270,901.40 | $270,901.40 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | | $0.00 | $20,877.77 | |
| | | | **Subtotal** | | | $270,901.40 | $250,023.63 | |
| | | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | | **Net** | | | $270,901.40 | $250,023.63 | |

| **For the period of 10/01/2021 to 09/30/2022** | | **For the entire history of the account between 12/29/2020 to 9/30/2022** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $270,901.40 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $270,901.40 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $165.30 | Total Compensable Disbursements: | $225,396.23 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $24,627.40 |
| Total Comp/Non Comp Disbursements: | $165.30 | Total Comp/Non Comp Disbursements: | $250,023.63 |
| Total Internal/Transfer Disbursements: | $20,877.77 | Total Internal/Transfer Disbursements: | $20,877.77 |

**FORM 2**
CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 20-70860 | |
| **Case Name:** | ROBINSON INTERESTS, INC. | |
| **Primary Taxpayer ID #:** | **-***9619 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2021 | |
| **For Period Ending:** | 09/30/2022 | |

| | | |
|---|---|---|
| **Trustee Name:** | Jason L. Pettie | |
| **Bank Name:** | Pinnacle Bank | |
| **Checking Acct #:** | ******0010 | |
| **Account Title:** | DDA | |
| **Blanket bond (per case limit):** | $40,160,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/24/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $20,877.77 | | $20,877.77 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $30.03 | $20,847.74 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $30.98 | $20,816.76 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $29.94 | $20,786.82 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $30.89 | $20,755.93 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $30.85 | $20,725.08 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $29.81 | $20,695.27 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $20,877.77 | $182.50 | $20,695.27 |
| **Less: Bank transfers/CDs** | $20,877.77 | $0.00 | |
| **Subtotal** | $0.00 | $182.50 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $182.50 | |

| **For the period of 10/01/2021 to 09/30/2022** | | **For the entire history of the account between 03/24/2022 to 9/30/2022** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $20,877.77 | Total Internal/Transfer Receipts: | $20,877.77 |
| | | | |
| Total Compensable Disbursements: | $182.50 | Total Compensable Disbursements: | $182.50 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $182.50 | Total Comp/Non Comp Disbursements: | $182.50 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| | | |
|---|---|---|
| **Case No.** | 20-70860 | |
| **Case Name:** | ROBINSON INTERESTS, INC. | |
| **Primary Taxpayer ID #:** | **-***9619 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2021 | |
| **For Period Ending:** | 09/30/2022 | |

| | |
|---|---|
| **Trustee Name:** | Jason L. Pettie |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0010 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $40,160,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $270,901.40 | $250,206.13 | $20,695.27 |

**For the period of 10/01/2021 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $20,877.77 |
| | |
| Total Compensable Disbursements: | $347.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $347.80 |
| Total Internal/Transfer Disbursements: | $20,877.77 |

**For the entire history of the account between 03/24/2022 to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $270,901.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $270,901.40 |
| Total Internal/Transfer Receipts: | $20,877.77 |
| | |
| Total Compensable Disbursements: | $225,578.73 |
| Total Non-Compensable Disbursements: | $24,627.40 |
| Total Comp/Non Comp Disbursements: | $250,206.13 |
| Total Internal/Transfer Disbursements: | $20,877.77 |

/s/ JASON L. PETTIE

JASON L. PETTIE